IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**DANNIS WOODS,**

    **Plaintiff,**

v.                                      Case No. 4:25-cv-1-AW-MAF

**DR. VERNON MONTOYA, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation concluding I should dismiss because Plaintiff has neither paid the filing fee nor obtained leave to proceed *in forma pauperis*. ECF No. 3. Plaintiff has not objected to the report and recommendation. Under this court's local rules, a plaintiff must either pay the fee or move for leave to proceed *in forma pauperis* simultaneously with the filing. N.D. Fla. Loc. R. 5.3. Plaintiff's failure to do so warrants dismissal.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee." The clerk will then close the file.

SO ORDERED on February 7, 2025.

                                                    *s/ Allen Winsor*
                                                    United States District Judge